FILED

2015 DEC 22  PM 5: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERTO MEINAS MACIAS,<br>　aka "Robert Macias,"<br>　aka "Panzon,"<br>JESSICA LOPEZ,<br>ADRIANA AGUILAR, and<br>DAVID LORENZO GARCIA, JR.,<br><br>　　　　Defendants. | CR No. 15- **CR15-0707**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii): Distribution of and Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.　OBJECT OF THE CONSPIRACY

　　Beginning on an unknown date, and continuing to on or about January 19, 2014, in Los Angeles County, within the Central District of California, defendants ROBERTO MEINAS MACIAS, also known as ("aka") "Robert Macias," aka "Panzon" ("MACIAS"), JESSICA LOPEZ

("LOPEZ"), and ADRIANA AGUILAR ("AGUILAR"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute at least fifty grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was accomplished, in substance, as follows:

1. Defendant LOPEZ would arrange for the sale of methamphetamine to other methamphetamine dealers, including defendant AGUILAR, for further distribution.

2. Defendants MACIAS and LOPEZ would agree to a quantity, price, location and time, to conduct the methamphetamine transactions.

3. Defendant LOPEZ would have methamphetamine dealers, including defendant AGUILAR, meet defendant MACIAS at the prearranged time and place to conduct the transaction.

4. The methamphetamine dealers, including defendant AGUILAR, would pay defendant MACIAS the agreed upon price for the methamphetamine.

5. Defendant MACIAS would provide defendant AGUILAR with the methamphetamine, for further distribution.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants

MACIAS, LOPEZ, and AGUILAR, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

1. On January 10, 2014, defendant LOPEZ, using coded language in a telephone conversation, asked MACIAS to provide four ounces of methamphetamine to defendant AGUILAR for further distribution.

2. On January 10, 2014, defendant MACIAS, using coded language in a telephone conversation, agreed that defendant AGUILAR could pick up the methamphetamine from MACIAS.

3. On January 10, 2014, defendant AGUILAR drove to defendant MACIAS's house to pick up the methamphetamine.

4. On January 10, 2014, defendant MACIAS provided defendant AGUILAR with approximately four ounces, or 109.8 grams, of methamphetamine, for further distribution.

5. On January 15, 2014, defendants LOPEZ and MACIAS, using coded language in a telephone conversation, discussed having received poor quality methamphetamine.

6. On January 15, 2014, defendants LOPEZ and MACIAS, using coded language in a telephone conversation, discussed the difficulties they had in selling poor quality methamphetamine.

COUNT TWO

[21 U.S.C. § 846]

D. OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing to on or about January 19, 2014, in Los Angeles County, within the Central District of California, defendants ROBERTO MEINAS MACIAS, also known as ("aka") "Robert Macias," aka "Panzon" ("MACIAS"), JESSICA LOPEZ ("LOPEZ"), and DAVID LORENZO GARCIA, JR. ("GARCIA"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute at least five grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

E. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was accomplished, in substance, as follows:

1. Defendant LOPEZ would arrange for the sale of methamphetamine to other methamphetamine dealers, including defendant GARCIA, for further distribution.

2. Defendants MACIAS and LOPEZ would agree to a quantity, price, location and time, to conduct the methamphetamine transactions.

3. Defendant LOPEZ would have methamphetamine dealers, including defendant GARCIA, meet defendant MACIAS at the prearranged time and place to conduct the transaction.

4. The methamphetamine dealers, including defendant GARCIA, would pay defendant MACIAS the agreed upon price for the methamphetamine.

5. Defendant MACIAS would provide defendant GARCIA with the methamphetamine, for further distribution.

F. OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants MACIAS, LOPEZ, and GARCIA, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

1. On January 15, 2014, defendants LOPEZ and MACIAS, using coded language in a telephone conversation, discussed having received poor quality methamphetamine.

2. On January 15, 2014, defendants LOPEZ and MACIAS, using coded language in a telephone conversation, discussed the difficulties they had in selling poor quality methamphetamine.

3. On January 19, 2014, defendant LOPEZ, using coded language in a telephone conversation, ordered one and one-half ounces of methamphetamine from MACIAS, for further distribution.

4. On January 19, 2014, defendant GARCIA, using coded language in a telephone conversation, told defendant MACIAS that he had arrived at the location to which defendant MACIAS had directed him.

5. On January 19, 2014, defendant MACIAS gave defendant GARCIA additional directions to his residence so that defendant GARCIA could complete the transaction.

6. On January 19, 2014, defendant MACIAS provided GARCIA with approximately one and one-half ounces, or 41 grams, of methamphetamine, for further distribution.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 10, 2014, in Los Angeles County, within the Central District of California, defendants ROBERTO MEINAS MACIAS, also known as ("aka") "Robert Macias," aka "Panzon," and JESSICA LOPEZ knowingly and intentionally distributed at least fifty grams, that is, approximately 109.8 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 10, 2014, in Los Angeles County, within the Central District of California, defendant ADRIANA AGUILAR knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 109.8 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about January 19, 2014, in Los Angeles County, within the Central District of California, defendant ROBERTO MEINAS MACIAS, also known as ("aka") "Robert Macias," aka "Panzon," and defendant JESSICA LOPEZ knowingly and intentionally distributed at least five grams, that is, approximately 41 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT SIX

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)]

On or about January 19, 2014, in Los Angeles County, within the Central District of California, defendant DAVID LORENZO GARCIA, JR. knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 41 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[18 U.S.C. § 922(g)(1)]

On or about December 1, 2013, in Los Angeles County, within the Central District of California, defendant ROBERTO MEINAS MACIAS, also known as ("aka") "Robert Macias," aka "Panzon" ("MACIAS"), knowingly possessed a firearm, namely, a Ruger Model Mini 14 .223 caliber semiautomatic rifle, bearing serial number 183-60855, in and affecting interstate and foreign commerce.

Such possession occurred after defendant MACIAS had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, on or about April 21, 2008, in the Superior Court for the State of California, County of Los Angeles, Case Number NA07639401; and

///

///

///

        (2) Transportation/Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11352(A), on or about October 20, 1995, in the Superior Court for the State of California, County of Los Angeles, Case Number BA12036802.

                                        A TRUE BILL

                                        /S/
                                        _____
                                        Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime and Drug
    Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime and
    Drug Enforcement Task Force Section

DAFFODIL TYMINSKI
Assistant United States Attorney
Organized Crime and Drug Enforcement
    Task Force Section