```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0917

Attorneys for Plaintiff
United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-707 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [~~PROPOSED~~] ORDER |
| vs. | |
| ROBERTO MACIAS BKG# 4013631, | |
| Defendant | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant ROBERTO MACIAS who is now detained at the PITCHESS DETENTION CENTER, in the City of CASTAIC, State of CALIFORNIA, in the custody of the Warden, Sheriff or Jailor of said institution.

   The above-entitled case is scheduled for ARRAIGNMENT on the 10TH day of MARCH, 2016 at 1:00P.M. in the courtroom of the Honorable DUTY MAGISTRATE, Judge of the United States

District Court, Roybal Federal Building, Courtroom 341, 255 East Temple Street, at which the defendant's presence will be necessary. In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: January 22, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*Daffodil Tyminski*
DAFFODIL TYMINSKI
Assistant United States Attorney