```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone: (213) 894-0917

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROBERTO MACIAS BKG# 4013631,<br><br>            Defendant | Case No.: CR 15-707<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of <u>PITCHESS DETENTION CENTER,</u> in the City of <u>CASTAIC</u>, State of <u>CALIFORNIA</u>, and to any United States Marshal.

GREETING

WE COMMAND that you produce and deliver the body of defendant <u>ROBERTO MACIAS</u>, who is now in your custody, before the Honorable <u>DUTY MAGISTRATE</u>, Judge of the United States District Court, Roybal Federal Building, Courtroom 341,

255 East Temple Street, on the <u>10TH</u> day of <u>MARCH</u> at <u>1:00P.M.</u>, in order that said defendant in the above-entitled case may then and there be arraigned and enter a plea at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

Dated: 01/25/2016

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: *Terry R. Baker*
Deputy Clerk

1148

# *Memorandum*

| Subject: | Date: |
|---|---|
| **AUSA REQUEST FOR TRANSFER/ WRIT OF HABEAS CORPUS** U.S. v. ROBERTO MACIAS CR 15-707 | January 22, 2016 |

| To: | From: |
|---|---|
| DAVID M. SINGER United States Marshal U.S. Marshal's Office | AUSA DAFFODIL TYMINSKI Assistant United States Attorney (213) 894-0917 |

The following identifying information is submitted in order to expedite the execution of the attached request from the U.S. Attorney's Office or Writ of Habeas Corpus. If you have any questions, please contact the Assistant U.S. Attorney indicated above.

| PRISONER INFORMATION | | | |
|---|---|---|---|
| NAME: | ROBERTO MACIAS | | |
| AKAs: | | SEX: | MALE |
| DOB or Age: | 2-22-75 (   ) | RACE: | HISPANIC |
| PENDING FEDERAL CHARGES | | | |
| Charges: | 21 U.S.C. 846:CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE | | |
| Case #: | CR 15-707 | | |
| INSTITUTION'S INFORMATION | | | |
| NAME: | PITCHESS DETENTION CENTER, CASTAIC, CA. | | |
| Location of Institution: | | Phone# | 213 893-5765 |
| BOOKING # | 4013631 | | |
| OTHER INFO RE HANDLING OF PRISONER: | | | |

**THIS MEMO SHOULD BE ATTACHED TO THE AUSA REQUEST/WRIT**