# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | Plaintiff(s) | CASE NUMBER: |
|---|---|---|
| v. | | CR CR15-0707-R |
| ROBERTO MEINAS MACIAS akas: Robert Macias, Panzon | Defendant(s) | WARRANT FOR ARREST |

73170-112

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest   **ROBERTO MEINAS MACIAS, akas: Robert Macias, Panzon**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Conspiracy to Distribute Methamphetamine;
Distribution and Possession with Intent to Distribute Methamphetamine;
Felon in Possession of a Firearm

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
16 JAN -4 AM 10:54

in violation of the following Title, United States Code, Section(s)
21 U.S.C. § 846:
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii):
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii):
18 U.S.C. § 922(g)(1):

| Kiry K. Gray | December 22, 2015   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: KAREN L. STEVENSON |
| /s/ Marilyn Davis | NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: USMS-WRIT PR-LACS
ON: 2/11/16
SIGNED:

DATE RECEIVED
DATE OF ARREST  2/11/16

NAME OF ARRESTING OFFICER
TITLE
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST

CR – 12 (07/04)                                                     PAGE 1 OF 2