UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00707    Recorder: CS 02/11/2016    Date: 02/11/2016

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez    Assistant U.S. Attorney: Peter Hardin

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) ROBERTO MEINAS MACIAS, aka Robert Macias, aka Panzon  CUSTODY-PRESENT | 1) DAVID JOSEPH SUTTON, special appearance by NAUEN RIM  DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Manuel L. Real.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 3/29/2016 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: MR by TRB

cc: Statistics Clerk, PSALA USMLA

CR-85 (09/12)    CRIMINAL MINUTES - ARRAIGNMENT    Page 1 of 1

2/16/2016