1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  NAEUN RIM (Bar No. 263558)
   (E-Mail: Naeun_Rim@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   ROBERTO MEINAS MACIAS

7

8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11 | UNITED STATES OF AMERICA, | Case No. CR 15-707 R |
   | Plaintiff, | |
   | v. | **NOTICE OF APPEARANCE** |
   | ROBERTO MEINAS MACIAS, | |
   | Defendant. | |

17 PLEASE TAKE NOTICE that Deputy Federal Public Defender Naeun Rim has been
18 assigned to represent Defendant Robert Meinas Macias in the above-captioned case.
19     Please make all necessary changes to the court's case management/electronic
20 filing system to ensure that Deputy Federal Public Defender Naeun Rim receives all e-
21 mails relating to filings in this case.

22                              Respectfully submitted,
23                              HILARY POTASHNER
                                Federal Public Defender
24

25
26 DATED: February 19, 2016    By  */s/ Naeun Rim*
                                   Naeun Rim
27                                 Deputy Federal Public Defender

28