

1 | HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
2 | (E-mail: Hilary_Potashner@fd.org)
DAVID JOSEPH SUTTON (Bar No. 257630)
3 | (E-Mail: David_Sutton@fd.org)
NAEUN RIM (Bar No. 263558)
4 | Deputy Federal Public Defender
(E-Mail: Naeun_Rim@fd.org)
5 | 321 East 2nd Street
Los Angeles, California 90012-4202
6 | Telephone: (213) 894-5186
Facsimile: (213) 894-0081
7
Attorneys for Defendant
8 | ROBERTO MEINAS MACIAS



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 15-707 R |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL |
| v. | |
| ROBERTO MEINAS MACIAS, | |
| Defendants. | |

CC: CJA PANEL

HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
DAVID JOSEPH SUTTON (Bar No. 257630)
(E-Mail: David_Sutton@fd.org)
NAEUN RIM (Bar No. 263558)
Deputy Federal Public Defender
(E-Mail: Naeun_Rim@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERTO MEINAS MACIAS

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY      CA      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 15-707 R |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO RELIEVE THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT NEW COUNSEL |
| v. | |
| ROBERTO MEINAS MACIAS, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender and Deputy Federal Public Defenders David Sutton and Naeun Rim are relieved as counsel of record and CJA Panel Attorney __Thomas Nishi__ is appointed to represent Defendant Roberto Macias.

DATED: 2-23-2016    By: _____
HON. MANUEL REAL
United States District Judge

PROVIDED NO DELAY

Presented By:
/s/ Naeun Rim
NAEUN RIM
Deputy Federal Public Defender