UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-15-707-R                                        Date: MARCH 16, 2016
===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present | Patricia Daffodil Tyminski |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

===============================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

1)   ROBERTO MEINAS MACIAS                1)   Thomas Nishi
     X Not Present   X Custody                 X Not Present   X Appointed

2)   JESSICA LOPEZ                        2)   Angel Navarro
     X Not Present   X Custody                 X Not Present   X Appointed

4)   DAVID LORENZO GARCIA, JR.            4)   Chad Nardiello
     X Not Present   X Bond                    X Not Present     X Appointed

_____

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) ADVANCING TRIAL AS TO
               DEFENDANT JESSICA LOPEZ

   **COUNSEL ARE HEREBY NOTIFIED** that on the Court's own motion, the Jury Trial as to Defendant Jessica Lopez, is hereby ADVANCED and set for the same date and time as Defendants Roberto Macias and David Garcia, Jr., on TUESDAY, MARCH 29, 2016 AT 9:00 A.M.    All defendants shall appear in Courtroom 8 of the United States District Court on 312 North Spring Street, Los Angeles, California on March 29, 2016 at 9:00 A.M.

   **IT IS SO ORDERED.**

                                                                      0:00
                                                                     _____
MINUTES FORM 6
CRIM -- GEN                                         Initials of Deputy Clerk __CCH