UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR-15-707-R-1**                                                                  Date: APRIL 28, 2016

========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Patricia Daffodil Tyminski |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dft listed below)                              Attorney for Defendant

1)   ROBERTO MEINAS MACIAS                     1)   Thomas Nishi
     X present       X custody                         X present       X appointed

_____

**PROCEEDINGS:**   CHANGE OF PLEA (count five of Indictment)

Defendant states his desire to change his plea to count five of the Indictment.

Court and counsel confer re: the change of plea and the plea agreement.

Defendant is sworn. Defendant is advised of his rights. The Court questions the defendant regarding the plea agreement. The Court questions the defendant regarding the offered plea of Guilty. Defendant now enters a new and different plea of Guilty to count five of the Indictment.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made. The plea is accepted and entered. The Jury Trial is vacated.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO JULY 18, 2016 AT 10:00 A.M. FOR SENTENCING.**

                                                                                            0:13 min

MINUTES FORM 6                                               Initials of Deputy Clerk ___CCH__
CRIM -- GEN