UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-15-707-R-1**                                                                 Date: JULY 18, 2016

======================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Patricia Daffodil Tyminski |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

======================================================================

U.S.A. vs (Dft listed below)                                    Attorney for Defendant

1)   **ROBERTO MEINAS MACIAS**                     1)   Thomas Nishi
      X present          X custody                              X present          X appointed

PROCEEDINGS:   SENTENCING

Defendant is sentenced.

In the interest of justice, the Court GRANTS government's motion to dismiss the underlying Indictment.

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

0:08 min

Deputy Clerk Initials ____CCH____

CR 90 (2/91)CRIMINAL MINUTES - SENTENCING AND JUDGMENT