EILEEN DECKER
Acting United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-0142
    E-mail:    Mark.Childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-707-R |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
| v. | |
| ROBERTO MEINAS MACIAS, ET AL., | |
| Defendant(s). | |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to an Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| **Newly Assigned AUSA** | J. Mark Childs | Mark.childs@usdoj.gov |

//

//

//

Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: 08/17/2016           Respectfully submitted,

EILEEN DECKER
United States Attorney

LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/
J. MARK CHILDS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA